[No. 15132.    Department Two.    July 8, 1919.]

DOROTHY PIERCE *et al.*, *Respondents*, v. GENERAL FIRE ASSURANCE
COMPANY, *Appellant.*[1]

Appeal from a judgment of the superior court for King county,
Dykeman, J., entered April 22, 1918, upon the verdict of a jury
rendered in favor of the plaintiffs, in an action on a fire insurance
policy.    Affirmed.

*H. T. Granger,* for appellant.
*George Olson, Jay C. Allen,* and *W. R. Bell,* for respondents.

PER CURIAM.—This is an action upon an insurance policy issued
by the defendant assurance company to J. C. Lewis, and providing
that loss, if any, shall be payable to Mrs. Pierce and Lewis as
their respective interests may appear.   The insurance here in ques-
tion was upon the equipment of a store conducted by Lewis, which
he held under a contract of sale from Mrs. Pierce.   The loss was
caused by the same fire which destroyed the buildings covered by
insurance involved in the cases of *Pierce v. Globe & Rutgers Fire
Ins. Co., ante* p. 501, 182 Pac. 586, and *Pierce v. Security Ins. Co.,
ante* p. 699, 182 Pac. 588.   The question as to whether or not it can
be decided, as a matter of law, that the insured shall be precluded
from recovery upon the policy because of the failure of Lewis,
without reasonable excuse, to submit to an examination under oath
by a representative of the assurance company, is the main question
presented for consideration upon this appeal.   The facts disclosed
by this record touching that question are, in substance, the same
as in the *Globe & Rutgers Fire Ins. Co.* case.   The trial in this case
was before a jury, which found against the assurance company, as
in that case.   A discussion of this question would be but to repeat
in substance what we said in that case.

Some other claims of error are made and very briefly argued
by counsel for the assurance company.   These we have examined,
and deem it sufficient to say that they do not call for reversal.

The judgment is affirmed.

[1]Reported in 182 Pac. 588.